IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK MURRAY § | |
| § | |
| v. § | Case No. 4:10-cv-272 |
| § | |
| MENTAL HEALTH MENTAL § | |
| RETARDATION SERVICES § | |
| OF TEXOMA § | |

### FINAL JUDGMENT

In accordance with the Court's Order of Dismissal with Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED** this 30th day of December, 2010.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE